# Order

Michigan Supreme Court
Lansing, Michigan

September 6, 2016

Robert P. Young, Jr.,
Chief Justice

151271

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 151271
COA: 323567
Wayne CC: 13-000281-FC

CURTIS LEE ROUSE,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the February 10, 2015 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2016



Clerk

d0829